# Third District Court of Appeal

## State of Florida

Opinion filed March 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1693
Lower Tribunal Nos. F23-15540 & F23-15537

_____

**Henry Ferguson,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Henry Ferguson, in proper person.

James Uthmeier, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before FERNANDEZ, MILLER, and GOODEN, JJ.

PER CURIAM.

Affirmed.   See Wainwright v. State, 411 So. 3d 392, 399–401 (Fla. 2025) (holding that Erlinger[1] does not apply retroactively); see also McCalister v. State, 664 So. 2d 1149, 1150 (Fla. 3d DCA 1995) (affirming sentence because defendant "failed to object to the assessing of victim injury points at trial [and] failed to raise the issue on direct appeal . . . ."), aff'd, 682 So. 2d 556 (Fla. 1996); Saintelien v. State, 990 So. 2d 494, 497 (Fla. 2008) ("[R]ule 3.800(a) is intended to correct errors that are apparent on the face of the record.").

---

[1] Erlinger v. United States, 602 U.S. 821 (2024).